UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE SHAPIRO,

    Plaintiff,

vs.

SIGNET JEWELERS LTD.,

    Defendant.

Case No.
6:25-cv-1027-RBD-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court without oral argument on the parties' request for a preliminary pretrial conference. Dkt. 20 at 4. I held a preliminary pretrial conference with the parties in person on December 10, 2025 (the "Conference). Dkts. 26, 27. During the Conference, counsel for the parties discussed the case, the scope of Plaintiff's claims, the anticipated scope of discovery, and the fact that counsel have already discussed potential resolution of the case. Counsel believe that discovery may lead to a productive mediation in this case after the close of dispositive motions in this case.

I advised the parties of the need to complete discovery within the deadlines set. I also advised the parties that the trial term may be set for a date after the proposed dates, based on the Court's workload and

current trial setting, and if the parties wish to have a date certain for trial, they may consent to the jurisdiction of a magistrate judge at any time. Based on my discussion with the parties, I recommend the Court enter a Case Management and Scheduling Order that sets the deadlines indicated in the Case Management Report so far as possible. Dkt. 20. Additionally, the parties indicated they believed mediation would be successful after an order on dispositive motions were issued and I advised I would recommend to the Court extending the mediation deadline to January 29, 2027, if the Court were so inclined.

## Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on December 10, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 3 -

Copies to:

Hon. Roy B. Dalton, Jr.

Counsel of Record